UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,   :
                                                 **Plaintiff,**   :
      v.   :   1:18-cv-04811-JGK
WOOJAE (STEVE) JUNG,   :
                                      **Defendant,**   :
  and   :
SUNGROK HWANG,   :
                       **Relief Defendant.**   :
------------------------------------------------------------------------x

## REQUEST FOR CERTIFICATE OF DEFAULT

Plaintiff United States Securities Commission and Exchange Commission ("Commission"), by its attorney, Gary Y. Leung, upon the accompanying Declaration of Gary Y. Leung, dated July 18, 2018, and on all proceedings previously had herein, hereby requests that the Court (Office of the Clerk) issue certificates of default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Local Civil Rule 55.1 against Defendant Woojae (Steve) Jung in this action.

Dated: Los Angeles, California
       July 18, 2018

                                                          */s/ Gary Y. Leung*
                                                          Gary Y. Leung
                                                          Securities and Exchange Commission
                                                          Los Angeles Regional Office
                                                          444 S. Flower Street, Ste. 900
                                                          Los Angeles, CA 90071
                                                          323.965.3213
                                                          leungg@sec.gov

TO:
Woojae (Steve) Jung
1188 Mission Street, Apt. 1013
San Francisco, CA 94103
wjjung@gmail.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | 1:18-cv-04811-JGK |
| | : | |
| WOOJAE (STEVE) JUNG | : | |
| | : | CLERK'S CERTIFICATE |
| | : | OF DEFAULT |
| Defendant, | : | |
| | : | |
| and | : | |
| | : | |
| SUNGROK HWANG, | : | |
| | : | |
| Relief Defendant. | : | |

------------------------------------------------------------------------x

  I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on May 31, 2018 with the filing of a summons and complaint, and that the Defendant Woojae (Steve) Jung was personally served with the summons and complaint on June 22, 2018.

  I further certify that the docket entries indicate that Defendant Woojae (Steve) Jung has not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendant Woojae (Steve) Jung is hereby noted.

Dated: New York, New York
August ____, 2018

                   RUBY J. KRAJICK
                   Clerk of Court

                   By:_____
                     Deputy Clerk