**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION.**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**WOOJAE (STEVE) JUNG**<br><br>**Defendant,**<br><br>**and**<br><br>**SUNGROK HWANG,**<br><br>**Relief Defendant.** | : | **1:18-cv-04811-JGK** |

**DECLARATION OF GARY Y. LEUNG IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S REQUEST FOR CERTIFICATE OF DEFAULT AGAINST DEFENDANT WOOJAE (STEVE) JUNG**

I, Gary Y. Leung, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am employed as a Senior Trial Counsel in the Division of Enforcement of the Securities and Exchange Commission ("Commission"), the Plaintiff in this action. I am a member of the California bar and have been admitted to practice Pro Hac Vice in the above-captioned case in the U.S. District Court for the Southern District of New York.

2. I submit this declaration pursuant to Federal Rule of Civil Procedure 55(a) and Local Rule 55.1 in support of the Commission's Request for a Certificate of Default Judgment Against Defendant Woojae (Steve) Jung.

3. On June 22, 2018, Defendant Jung was personally served with a copy of the summons and complaint in this action. *See* Dkt. No. 12. A true and accurate copy of the process server's declaration of service is attached hereto as Exhibit A.

4. Based on my review of the court docket, Defendant Jung has not appeared in this case and has not answered or otherwise pled in response to the Commission's complaint.

5. Defendant Jung is not an infant, member of the military or, to the best of my knowledge, incompetent. A true and accurate copy of the non-military service certificate for Defendant Jung is attached hereto as Exhibit B.

6. Accordingly, I respectfully request that the Clerk of this Court issue a certificate of default against Defendant Jung and in favor of the Commission in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 18, 2018
Los Angeles, California

*/s/ Gary Y. Leung*
Gary Y. Leung