UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>WOOJAE (STEVE) JUNG,<br><br>Defendant, and<br><br><br>SUNGROK HWANG,<br><br>Relief Defendant. | Case No.  1:18-cv-04811-JGK |

**PLAINTIFF SEC'S RULE 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL
OF ITS UNJUST ENRICHMENT CLAIM AGAINST RELIEF DEFENDANT HWANG**

Plaintiff Securities and Exchange Commission ("SEC") respectfully submits, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), the following notice of voluntary dismissal as to the Third Claim for Relief alleged in its complaint, which asserts an action for unjust enrichment against relief defendant Sungrok Hwang:

On May 31, 2018, the SEC filed its complaint in this civil enforcement action.  Dkt. No. 1.  The SEC's first and second claims for relief alleged that defendant Woojae (Steve) Jung violated the antifraud provisions of the federal securities laws by engaging in illegal insider trading.  Id. at ¶¶ 140-152.  On September 19, 2019, the commissioners of the SEC approved a proposed settlement with defendant Jung, and counsel for the SEC has concurrently filed with the Court Jung's executed consent and a proposed final judgment as to Jung memorializing the authorized settlement.

The SEC's complaint alleged a third claim for relief – unjust enrichment – against relief defendant Hwang.  Relief defendant Hwang has not answered the SEC's complaint, nor has he moved for summary judgment.  The SEC hereby submits this notice of voluntary dismissal with respect to its unjust enrichment action against relief defendant Hwang in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:  September 19, 2019                                        Respectfully submitted,


                                                                                   /s/ *Gary Y. Leung*
                                                                                  GARY Y. LEUNG
                                                                                  leungg@sec.gov
                                                                                  MEGAN M. BERGSTROM
                                                                                  bergstromm@sec.gov
                                                                                  Securities and Exchange Commission
                                                                                  444 South Flower Street
                                                                                  Los Angeles, CA 90071
                                                                                  (323) 965-3213 (Leung)

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of September 2019, I caused to be served the foregoing **PLAINTIFF SEC'S RULE 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL OF ITS UNJUST ENRICHMENT CLAIM AGAINST RELIEF DEFENDANT HWANG** on the following parties entitled to service by the means indicated below:

Patrick J. Smith, Esq. (served by ECF)
Rodney Villazor, Esq.
Nicholas J. Karasimas, Esq.
SMITH VILLAZOR, LLP
1700 Broadway, Suite 2801
New York, New York 10019
(212) 582-4400
*Counsel for Defendant Woojae Jung*

*/s/ Gary Y. Leung*
Gary Y. Leung
Counsel for Plaintiff
U.S. Securities and Exchange Commission